Argued and submitted April 2, reversed and remanded April 29, 2009

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## THOAI DINH VU,
aka Giang Van Vu,
aka Hung Quoc Nguyen,
*Defendant-Appellant.*

Multnomah County Circuit Court
870432114, 900633278, DA364226;
A136944

206 P3d 1211

Benjamin Haile argued the cause and filed the brief for appellant.

Anna M. Joyce, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

Reversed and remanded. *State v. Branam,* 220 Or App 255, 185 P3d 557, *rev den,* 345 Or 301 (2008).